## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-30027-DRH-2** |
| | ) | |
| **CURTIS FAULKNER, JR.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

**HERNDON, District Judge:**

      This matter is before the Court on Defendant's motion to continue the trial setting.  The Court finds that trial should be postponed since the parties are still in plea negotiations.  In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant in a speedy trial.  Therefore, the Court **GRANTS** Defendant's motion to continue. (Doc. 16.)  The Court **CONTINUES** the trial setting from June 26, 2006 at 9:00 a.m. to the 10th day of July 2006, at 9:00 a.m.  The time from the date Defendant's motion was filed, June 21, 2006, until

the date on which the trial is rescheduled, July 10, 2006, is excludable time for the

purposes of speedy trial.

**IT IS SO ORDERED**.

Signed this 22nd day of June, 2006.


/s/          David   RHerndon
**United States District Judge**